CITY OF SCHENECTADY, Respondent, v. CHARLES D. BECKWITH and Others, Appellants.*— Order affirmed, with costs. Van Kirk, P. J., Whitmyer and Hill, JJ., concur; Hinman and Hasbrouck, JJ., dissent on the ground that it was the duty of the commissioners to consider lots Nos. 16 and 17 as a unit in making their award.

CORA B. CRONK, Respondent, v. FRANCES C. MILLSPAUGH and Others, Appellants.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ. [134 Misc. 37.]

ZORAH PARISH, as Executrix, etc., of GEORGE W. PARISH, Deceased, Appellant, v. AMERICAN TELEPHONE AND TELEGRAPH COMPANY and Another, Respondents. — Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

HENRY GRIFFITHS, Appellant, v. THOMAS DELEE, Doing Business as the DELEE AND RYAN SELF-SERVED GROCERY STORES, Respondent.— Judgment affirmed, with costs. Van Kirk, P. J., Hinman, Whitmyer and Hasbrouck, JJ., concur; Hill, J., dissents.

In the Matter of the Application for a Construction of the Will of MARY MARGARETTA MANNING, Deceased.†— Decree affirmed, with costs to all parties filing briefs, payable out of the estate. Van Kirk, P. J., Hinman, Whitmyer and Hill, JJ., concur; Hasbrouck, J., dissents on the ground that the will expresses the intention of the testatrix and that the will eliminating the void provisions attempting to create a trust, and the introductory words of paragraph 19, viz., " at the end of five years " has the effect merely of advancing the time of payment. The intention clearly appears in the valid portion of paragraph 19 to *divide* " all moneys or stocks," the whole estate, according to the *per stirpes* provisions 5 and 6. The last expression of the testatrix should prevail. [133 Misc. 695.]

FRED SISSENSTEIN, Appellant, v. ELIZABETH SISSENSTEIN, Respondent.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

SENECA ENGINEERING COMPANY, Respondent, v. CAYUGA ROCK SALT COMPANY, INC., Appellant.‡— Order affirmed, with ten dollars costs and disbursements. Van Kirk, P. J., Hinman, Hill and Hasbrouck, JJ., concur; Whitmyer, J., dissents.